■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREA HARRIS, Appellant. [672 NYS2d 764] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Thomas, J.), rendered March 8, 1996, convicting her of attempted robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Bracken, J. P., Miller, O'Brien and Copertino, JJ., concur.